## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES ESSEX** | * | **CIVIL ACTION** |
| | * | **NO.: 06-8868** |
| **VERSUS** | * | |
| | * | **SECTION:  K** |
| **STATE FARM FIRE AND CASUALTY** | * | |
| **COMPANY** | * | **MAGISTRATE:  1** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above and foregoing matter

has been settled and comprised as to all parties and is hereby dismissed with prejudice each party

to bear its own costs.

NEW ORLEANS, LOUISIANA, this 12th day of _____ June _____, 2008.

_____
**JUDGE**
**UNITED STATES DISTRICT COURT**

1